**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 13, 2008, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: August 13, 2008**

**Arthur I. Harris
United States Bankruptcy Judge**

---

200753576
(jjr)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 07-14659 |
| Timothy Raymond St. Clair<br>Janice Patricia St. Clair<br>          Debtors | Chapter 13<br>Judge Arthur I. Harris |
| | **AGREED ORDER FOR RELIEF FROM STAY OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (PROPERTY ADDRESS: 717 THORNWOOD BOULEVARD, ELYRIA, OH 44035)** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Mortgage Electronic Registration Systems, Inc., ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, **the terms of which are set forth as follows: The post-petition arrearage due as of July 11, 2008, is $1,493.86, which amount consists of 1 payment (07/1/08) at $955.58, accrued late charges at $256.50, and $350.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the Motion, less funds in suspense of $218.22.**

**In order to partially cure said post-petition arrearage, Movant is permitted to file a Supplemental Proof of Claim in the amount of $500.00, which consists of $350.00 for attorney fees associated with the Motion and $150.00 for court costs incurred herein for filing the Motion thereby reducing the arrearage to $993.86. In order to cure the remaining post-petition arrearage, Debtors agree to make the following lump sum payments to Movant in the form of certified funds on or before the dates specified herein as follows:**

- a. **$165.66 on or before July 15, 2008;**
- b. **$165.64 on or before August 15, 2008;**
- c. **$165.64 on or before September 15, 2008;**
- d. **$165.64 on or before October 15, 2008;**
- e. **$165.64 on or before November 15, 2008; and**
- f. **$165.64 on or before December 15, 2008.**

**Said lump sum payments are in addition to the regular monthly mortgage payments due and owing for said months. All payments shall be tendered to:**

> Wells Fargo Home Mortgage
> 1 Home Campus
> Attn: Bankruptcy Payment Processing
> MAC# X2302-04C
> Des Moines, IA 50328

**This payment address is subject to change.**

**Failure by the Debtors to make any payment described above shall constitute a default.**

**IT IS THEREFORE, ORDERED:**

1. The Debtors shall maintain regular monthly post-petition payments to Movant

outside the Chapter l3 plan beginning with a payment due August 1, 2008. Failure by the Debtors to make any payment within **15** days of the date due shall constitute a default.

2. Upon the existence of a default, Movant's counsel may send Debtors and counsel for Debtors a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtors, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code imposed by Section 1301 of the Bankruptcy Code with respect to Movant, its successors and assigns. **The only ground for objection to such an Order shall be that payments were timely made.**

###

SUBMITTED BY:

| | |
|---|---|
| _/s/ Joel K. Jensen_____ | _/s/ William J. Balena_____ |
| Joel K. Jensen, Case Attorney | William J. Balena, Case Attorney |
| LERNER, SAMPSON & ROTHFUSS | Ohio Supreme Court #0019641 |
| Ohio Supreme Court #0029302 | Balena Law Firm |
| Romi T. Fox, Attorney | 511 W. Broad Street |
| Ohio Supreme Court #0037l74 | Elyria, OH 44035 |
| A Legal Professional Assoc. | (440) 365-2000 |
| P.O. Box 5480 | (440) 323-0260, Fax |
| Cincinnati, Ohio 45201-5480 | bbalena@mac.com |
| (513) 241-3100 ext. 3349 | |
| (513) 354-6464 fax | |
| nohbk@lsrlaw.com | |
| | |
| Attorneys for Movant, | Attorney for Debtor(s), |
| Mortgage Electronic Registration Systems | Timothy R. St. Clair & Janice P. St. Clair |

COPIES TO:

Timothy Raymond St. Clair
717 Thornwood Boulevard
Elyria, OH 44035

Janice Patricia St. Clair
717 Thornwood Boulevard
Elyria, OH 44035

William J. Balena, Esq.
511 W. Broad Street
Elyria, OH 44035

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH  44114-2314

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Joel K. Jensen, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480