**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 24, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: February 24, 2011**

Arthur I. Harris
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| IN RE: | |
| Timothy R. St. Clair & Janice P. St. Clair | CASE NO: 07-14659 |
| Debtor(s) | CHAPTER 13 |
| | JUDGE HARRIS |

### ORDER GRANTING DEBTOR'S MOTION FOR ORDER APPROVING LOAN MODIFICATION AGREEMENT BETWEEN DEBTORS AND THE SECURED CREDITOR, WELLS FARGO HOME MORGAGE (PROPERTY ADDRESS: 717 THORNWOOD BLVD, ELYRIA, OHIO 44035)

This case came on for consideration of Debtors' Motion to Approve Loan Modification ("Debtors' Motion").

IT APPEARS to the Court that interested parties have been served, and no objection to the Debtors' Motion has been filed.

IT IS THEREFORE ORDERED that the Debtors' motion to approve loan modification

be and it hereby is GRANTED, and

      IT IS FURTHER ORDERED that since Wells Fargo Home Mortgage has previously been granted relief from stay, this order does effect debtors' other obligations under the plan.

      IT IS SO ORDERED.

Submitted by,

/s/ William J. Balena
William J. Balena (0019641)
Attorney for Debtors
511 Broad St.
Elyria, OH 44035
(440) 365-2000
(440) 323-0260 Fax
bbalena@me.com

SERVICE LIST

Craig Shopneck, Trustee
(Via ecf)

William Balena
Attorney for Debtor
(Via ecf)

Hillary Bonial
On behalf of Wells Fargo Bank
(Via ecf)

Joe Manuel
On behalf of Wells Fargo Bank
(Via ecf)

Timothy and Janice St. Clair
717 Thornwood Blvd
Elyria, OH 44035

###